\*\*E-filed 4/27/06\*\*

1 TOWNSEND AND TOWNSEND AND CREW LLP
PAUL F. KIRSCH (State Bar No. 127446)
2    pkirsch@townsend.com
MARGARET MCHUGH (State Bar No. 133907)
3    mmchugh@townsend.com
Two Embarcadero Center, Eighth Floor
4 San Francisco, California 94111
Telephone: (415) 576-0200
5 Facsimile: (415) 576-0300

6 Attorneys for Plaintiff
AMERICAN GILSONITE COMPANY
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN GILSONITE COMPANY, INC., an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK BOULDIN, BETTINA BOULDIN, PEBBLECREST MATERIALS AND SERVICE CORPORATION, a Delaware corporation, CIBOLO CREEK MANAGEMENT, INC., a Texas Corporation and NARAC LLC a Utah corporation,<br><br>Defendants. | Case No.   C06-1256 BZ<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE DEFENDANT NARAC, LLC** |

1  Plaintiff American Gilsonite Company ("AGC") and defendant NARAC, LLC hereby stipulate
2  to the dismissal without prejudice of defendant NARAC LLC, who has not yet appeared in this
3  action..

5  DATED: April 25, 2006

TOWNSEND AND TOWNSEND AND CREW LLP
PAUL F. KIRSCH
MARGARET McHUGH

By: _____
Paul F. Kirsch
Attorneys for Plaintiff
AMERICAN GILSONITE COMPANY

NARAC, LLC

By: _____
Scott Priest

17  IT IS SO ORDERED.
18  4/27/06

JUDGE JEREMY FOGEL, US DISTRICT COURT

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE DEFENDANT NARAC, LLC** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

> NARAC, LLC
> Attn: Scott Priest
> 1565 West Hillfield Road
> Suite 102
> Layton, UT 84041

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 26, 2006          /s/ _____
                                    Stacie Treposkoufes

60756807 v1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE RE DEFENDANT NARAC, LLC,
Case No. C 06-1256 BZ                                                        2